UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO LOERA, MAGDALENA LOERA, Individually and as Guardian ad Litem for ALEXANDRA MONTES and NICHOLAS CARRILLO,

        Plaintiffs,

   v.

CITY OF ROCKLIN; MARK RIEMER, Individually and as Director of the Community Services and Facilities Department of the CITY OF ROCKLIN, and DOES 1 through 25, INCLUSIVE

        Defendants.
_____/

NO. CIV. S-06-1634 LKK/GGH

O R D E R

       A status conference is currently set in the above-captioned case for October 2, 2006, at 11:00 a.m. Plaintiff has not filed a status report in accordance with the court's Order Setting Status Conference, which states that status reports must be filed at least ten (10) days prior to the status conference.

       Accordingly, the court orders as follows:

       1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

1 writing within ten (10) days from the effective date of
2 this order why sanctions should not issue in the above-
3 captioned case in the amount of One Hundred Fifty
4 Dollars ($150), as permitted by Local Rule 11-110, for
5 failure to file a timely status report.
6 2. The status conference currently set for October 2, 2006
7 at 11:00 a.m. is hereby CONTINUED to November 6, 2006 at
8 1:30 p.m.
9 IT IS SO ORDERED.

DATED: September 29, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT