UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO LOERA, MAGDALENA LOERA, Individually and as Guardian ad Litem for ALEXANDRA MONTES and NICHOLAS CARRILLO,

        Plaintiffs,

   v.

CITY OF ROCKLIN; MARK RIEMER, Individually and as Director of the Community Services and Facilities Department of the CITY OF ROCKLIN, and DOES 1 through 25, INCLUSIVE

        Defendants.
_____/

NO. CIV. S-06-1634 LKK/GGH

O R D E R

        The court is in receipt of plaintiffs' status report, which indicates that plaintiffs are actively seeking new counsel to represent them. The previous counsel for plaintiffs filed a motion to withdraw, which this court granted on October 13, 2006. Accordingly, the court hereby CONTINUES the status conference

////

////

1 | currently set for November 6, 2006 at 1:30 p.m. to January 16, 2007
2 | at 3:30 p.m.
3 |     IT IS SO ORDERED.
4 |     DATED: October 30, 2006.

```
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

2